SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GEOFFREY A. BARROW, DCB #462662**
Geoffrey.Barrow@usdoj.gov
**NICHOLAS D. MEYERS, OSB #222743**
Nicholas.Meyers@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**OANA CALDARARU,**

**Defendant.**

**3:24-cr-00383-AN-9**

**GOVERNMENT'S SENTENCING MEMORANDUM**

Defendant Oana Caldararu was a member of a large multi-state criminal conspiracy that stole more than $2.4 million dollars of benefits from hundreds of low-income and food-insecure individuals and families. Mothers struggling to feed their families and seniors who rely on public assistance were left in the checkout line, unable to purchase groceries because defendant and her coconspirators had depleted their electronic food benefits to purchase infant formula, energy drinks, and other items, which the defendant and her coconspirators resold for personal gain. Defendant had a somewhat limited role in the conspiracy. She was primarily involved in

using stolen food benefits to purchase infant formula, and she conducted fewer transactions than her coconspirators.

For all the reasons set forth herein, the government recommends a probationary sentence of three years and $100 special assessment. The government also seeks restitution in the amount of $30,951.

## I. Factual Background

### A. The Offense Conduct

The Presentence Investigation Report (PSR) accurately summarizes the offense conduct in paragraphs 20 through 27, which are incorporated herein by reference.

The government's investigation began in 2023 in response to a dramatic rise in fraud associated with Electronic Benefit Transfer (EBT) cards in the Pacific Northwest. The investigation uncovered a large, multistate conspiracy to fraudulently obtain infant formula, energy drinks, and other items using public assistance benefits that are administered through the U.S. Department of Agriculture's Supplemental Nutrition Assistance Program ("SNAP"). SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In Oregon, SNAP public assistance benefits are loaded to an account that a qualified recipient accesses by means of an access card, similar to a debit or credit card, called the Oregon Electronic Benefit Transfer ("EBT") Card. All states maintain SNAP programs that operate in a substantially similar manner.

The conspirators in this case can be divided into the "theft crew" and the "transportation crew." The theft crew stole EBT numbers using skimming devices affixed to point of sale terminals and by obtaining stolen EBT numbers from others. Theft crew members used the fraudulently obtained EBT numbers to purchase infant formula, energy drinks, and other SNAP

eligible food items at grocery stores in Oregon and Washington. Members of the transport crew collected stolen EBT eligible food items from members of the theft crew and transported the items to California for re-sale on the illicit market.

Defendant was a member of the theft crew. Between March 7, 2024, and October 22, 2024, defendant unlawfully used stolen Supplemental Nutrition Assistance benefits more than 65 times at Fred Meyer and Safeway locations in Oregon and Washington to obtain SNAP-eligible items. For example, on April 3, 2024, at approximately 4:13 pm, defendant entered a Fred Meyer in Southwest Portland, Oregon, and purchased $206.17 in goods using an EBT card that was issued to victim H.R. in California:




That same day, at approximately 4:50 pm, defendant entered a second Fred Meyer in Southwest Portland and purchased $246.87 in goods using the same victim's EBT benefits:

/ / /

/ / /




Approximately forty minutes later, defendant entered a third Fred Meyer in Northeast Portland and purchased $265.95 in goods using the victim's EBT benefits:




/ / /

The value of the transactions defendant personally conducted was $15,154. Defendant also worked closely with her co-defendant, Alberto Tomescu. From March 10, 2024, to April 3, 2024, Tomescu used stolen EBT benefits to obtain SNAP-eligible items more than 65 times at Fred Meyer and Safeway locations in Oregon and Washington. Defendant Tomescu was released from custody and deported. The charges against Tomescu were subsequently dismissed.

Defendant's coconspirators transported the items across state lines, where the goods were resold on the illicit market. In total, the defendant and Alberto Tomescu unlawfully obtained goods valued at more than $30,951.

### B. The Charges

On October 9, 2024, the defendant and fifteen coconspirators were charged in a sixteen-count indictment. Defendant was charged in Count 1 with Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371. She was also charged in Count 11 with Unauthorized Use of Access Devices, in violation of 18 U.S.C. § 1029(a)(2). On March 10, 2024, the Oregon Department of Justice charged the defendant with multiple counts of aggravated identity theft and money laundering. The underlying conduct in the state case mirrors that in the federal case.

## II. Plea Agreement and Guidelines Computations

On June 16, 2026, defendant pleaded guilty to Count 1 of the Indictment.

The sentencing guidelines are accurately set forth in paragraphs 31 through 42 of the PSR.

## III. Argument

### A. Government's Recommended Sentence

Pursuant to the plea agreement and applicable advisory sentencing guidelines, the government recommends a sentence of three years' probation. A probationary sentence is

warranted based on defendant's relatively minor role in a large criminal conspiracy. She engaged in the fewest number of transactions and is responsible for the least loss of any of her coconspirators.

**B. Restitution and Forfeiture**

Pursuant to 18 U.S.C. § 3663A, the government seeks an order of restitution in the amount of $30,951. As set forth above, defendant and her coconspirator were responsible for stealing $30,951 in EBT benefits. Payment should be made to Food and Nutrition Service, PO Box 979027, Lock Box 9027, St. Louis, MO 63197-9000.

There are no outstanding forfeiture issues.

## IV. Conclusion

For the above reasons, the government respectfully recommends the Court impose a sentence of three years' probation and a $100 fee assessment.

Dated: September 8, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Geoffrey A. Barrow*
GEOFFREY A. BARROW, DCB #462662
NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorneys